UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAWRENCE SMITH,

        Petitioner,

vs.                                Case No.  2:09-cv-11-FtM-29DNF
                                          Case No.  2:07-cr-19-FtM-29DNF

UNITED STATES OF AMERICA,

        Respondent.
_____

**OPINION AND ORDER**

This matter comes before the Court on petitioner Lawrence Smith's Motion to Reconsider Order Denying Petitioner's Motion Challenging Jurisdiction and Judgment of the Court As Void Pursuant to Fed. Rule Civ. P. (60)(b)(4) (Cv. Doc. #17) filed on January 3, 2012. Petitioner seeks reconsideration of the Opinion and Order (Cv. Doc. #16) filed on December 2, 2011. After reviewing petitioner's motion, the Court finds no valid reason has been set forth to reconsider its prior Order.

Accordingly, it is now

**ORDERED**:

Petitioner Lawrence Smith's Motion to Reconsider Order Denying Petitioner's Motion Challenging Jurisdiction and Judgment of the

Court As Void Pursuant to Fed. Rule Civ. P. (60)(b)(4) (Cv. Doc. #17) is **DENIED**.

　　**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of January, 2012.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Lawrence Smith